# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>K. CLARK, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.: 1:09-cv-00054-DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 23) |

Marcus R. Ellington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his second amended complaint on May 26, 2009. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendants Lunes, Reynoso, Polk, Diaz, and Clark for retaliation in violation of the First Amendment, and against defendants Lunes and W. Jones for violation of the Due Process Clause of the Fourteenth Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

    WARDEN K. CLARK

    ASSOCIATE WARDEN POLK

    CHIEF DEPUTY WARDEN DIAZ

---

[1] In a separate order, the Court dismissed Plaintiff's other claims and defendants Wiggins and Hoxion for failure to state a claim upon which relief may be granted.

CAPTAIN REYNOSO

SERGEANT LUNES

CORRECTIONAL OFFICER W. JONES

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed May 26, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. seven (7) copies of the endorsed complaint filed May 26, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **July 21, 2009**                    /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE