# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. CLARK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00054-DLB PC<br><br>ORDER DISREGARDING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 39) |

Plaintiff Marcus R. Ellington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 21, 2009, Plaintiff filed a notice of appeal. (Doc. 36.) On October 8, 2009, Plaintiff filed a motion for preliminary injunctive relief. (Doc. 39.)

The pending appeal divests this Court of jurisdiction to rule on Plaintiff's motion for injunctive relief.  Therefore, the motion is ORDERED DISREGARDED.

IT IS SO ORDERED.

Dated:　__October 13, 2009__　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1