# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON, | CASE NO. 1:09-cv-00054-OWW-DLB PC |
| Plaintiff, | OPPOSITION TO MOTION TO DISMISS DUE WITHIN TWENTY DAYS |
| v. | |
| CLARK, et al., | |
| Defendants. | |

Plaintiff Marcus R. Ellington ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2009, Defendants Lunes, Reynoso, Polk, Diaz, Jones, and Ken Clark filed a motion to dismiss. Plaintiff has yet to file an opposition to Defendants' motion.[1]

Because Plaintiff is proceeding pro se, the Court will grant Plaintiff an extension of time to file his opposition to Defendants' motion to dismiss. Plaintiff is granted **twenty (20) days** from the date of service of this order in which to file his opposition. Failure to file an opposition will be construed as a waiver of opposition.

IT IS SO ORDERED.

Dated:  **June 3, 2010**          **/s/ Dennis L. Beck**
                          UNITED STATES MAGISTRATE JUDGE

---

[1] On December 24, 2009, Plaintiff filed a motion requesting injunctive relief, stating that he had no access to the law library because of actions at Kern Valley State Prison. (Doc. 44.) By separate Findings and Recommendation, the Court recommended that Plaintiff's motion be denied for lack of jurisdiction.

1